UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PAUL T. SHEPHERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-393 |
| ) | (Phillips/Guyton) |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND OPINION

This Social Security appeal is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge H. Bruce Guyton [Doc. 22]. There have been no timely objections to the R&R [Doc. 22], and enough time has passed since the filing of the R&R [Doc. 22] to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that the Commissioner's Motion for Summary Judgment [Doc. 20] be **GRANTED**, and that Plaintiff's Motion for Judgment on the Pleadings [Doc. 13] be **DENIED**. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 22] under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

It is **ORDERED,** for the reasons stated in the R&R [Doc. 22], which the Court adopts and incorporates into its ruling, that the Commissioner's Motion for Summary Judgment [Doc. 20] is

**GRANTED**, and that Plaintiff's Motion for Judgment on the Pleadings [Doc. 13] is **DENIED**. Accordingly, this action is **DISMISSED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge